IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



FILED
JUN 11 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:20 CR 326 |
| WALTER R. MACLIN, aka ) | Title 21, United States Code, |
| RAYSHAUN W. MACLIN, ) | Sections 841(a)(1) and (b)(1)(C) |
| Defendant. ) | |

JUDGE NUGENT

COUNT 1
(Distribution of a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about March 19, 2020, in the Northern District of Ohio, Eastern Division, Defendant WALTER R. MACLIN, aka RAYSHAUN W. MACLIN, did knowingly and intentionally distribute approximately .76 grams of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 2
(Distribution of a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about March 27, 2020, in the Northern District of Ohio, Eastern Division, Defendant WALTER R. MACLIN, aka RAYSHAUN W. MACLIN, did knowingly and intentionally distribute approximately .78 grams of a mixture and substance containing a

detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 21, United Sates Code, Section 853, the allegations of Counts 1 and 2 are incorporated herein by reference. As a result of the foregoing offenses, Defendant WALTER R. MACLIN, aka RAYSHAUN W. MACLIN, shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations; any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.